**Order entered August 2, 2021**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00866-CR

### ADRIAN ALEXANDREW CASTILLEJA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F17-76547-H**

## ORDER

Before the Court is appellant's July 29, 2021 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant to file his brief by August 9, 2021. If a brief is not filed by that date, this appeal may be abated for a hearing. See TEX. R. APP. P. 38.8(b).

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo, Presiding Judge, Criminal District Court No. 1; to Jeff Buchwald; and to the Dallas County District Attorney's Office, Appellate Division.

/s/     LANA MYERS
        JUSTICE